1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   FERMIN BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00048 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION SETTING MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) ) | |
| FERMIN BARRAGAN, | ) | Date: September 11, 2006 |
| Defendant. | ) ) | Time: 9:00 A.M. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before August 14, 2006, government responses to be filed on or before September 5, 2006, **and the hearing on any motions filed on behalf of Fermin Barragan shall be noticed for September 11, 2006, at 9:00 A.M.** This coincides with the order for co-defendant Rosalio Barragan signed June 16, 2006.

This motion is requested by counsel for defendant to continue  investigation, and to prepare any appropriate motions.

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT  
                                        United States Attorney

DATED: June 20, 2006          By  /s/  Virna L. Santos  
                                        VIRNA L. SANTOS  
                                        Assistant U.S. Attorney  
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK  
                                        Federal Public Defender

DATED: June 20, 2006          By   /s/ Ann H. Voris  
                                        ANN . VORIS  
                                        Assistant Federal Defender  
                                        Attorney for Defendant  
                                        FERMIN BARRAGAN

## **O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     June 21, 2006**                  /s/ **Anthony W. Ishii**  
0m8i78                                          UNITED STATES DISTRICT JUDGE