McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05cr00048 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| ) | |
| v. ) | |
| ) | |
| FERMIN BARRAGAN, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for the government, and ANN H. VORIS, attorney for FERMIN BARRAGAN, to continue the sentencing hearing in this matter currently scheduled for March 5, 2007, to a new date of **April 2, 2007 at 9:00 a.m.**

    This continuance is necessary to permit the parties to sufficient time resolve sentencing issues informally and without the need for further litigation.

///

///

1

**IT IS SO STIPULATED.**

Dated: February 28, 2007

      /s/ Virna L. Santos
       VIRNA L. SANTOS
Assistant U. S. Attorney

Dated: February 27, 2007

/s/ Ann H. Voris
ANN H. VORIS
Attorney for Fermin Barragan

**ORDER**

IT IS SO ORDERED.

**Dated:   February 28, 2007**
0m8i78

    **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE