DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FERMIN BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00048 AWI |
| Plaintiff, | ORDER GRANTING DEFENDANT FERMIN BARRAGAN'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL; NOTICE OF APPEAL |
| v. | |
| FERMIN BARRAGAN, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

Having read Defendant Fermin Barragan's Motion for Extension of Time to File Notice of Appeal and the supporting documentation filed therewith, and GOOD CAUSE APPEARING,

**IT IS SO ORDERED.** Defendant Fermin Barragan's attached Notice of Appeal shall be filed immediately upon filing of this order.

IT IS SO ORDERED.

Dated:   July 27, 2007             /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE